# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                 CASE NO. 3:08cr110 LAC

JOHN LEVITAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    October 5, 2009
Motion/Pleadings:   AMENDED MOTION FOR EARLY TERMINATION OF PROBATION
Filed by  DEFT               on  9/29/09      Doc.#  8

RESPONSES:
 IN OPPOSITION BY GOVT      on  10/2/09      Doc.#  9
                              on              Doc.#

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 7th day of October, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

                                                       *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.